■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LINWOOD RUFFIN, Appellant.—Judgment of the Supreme Court, Kings County (Kreindler, J.), rendered November 19, 1981, affirmed *(see, People v Bruno,* 77 AD2d 922; *People v Byrdsong,* 58 AD2d 877). Mollen, P. J., Rubin, Eiber and Kooper, JJ., concur.